IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 5:25-CR-2 |
| | : | |
| EDDIE REESE, et al | : | |
| | : | |
| | : | |
| _____ | : | |

### ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed,

IT IS ORDERED that the case by unsealed in its entirety.

SO ORDERED this 23rd day of May, 2025.

_____
CHARLES H WEIGLE
UNITED STATES MAGISTRATE JUDGE