IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:25-CR-2 (MTT) |
| | ) |
| EDDIE REESE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## SCHEDULING ORDER

The Court previously granted the government's motion to continue the trial from the April term and reserved ruling on the government's motion to declare the case complex, extend the deadlines in the standard pretrial order, and specially set the trial until the remaining defendants have been arraigned. Doc. 93. Eight of the twelve named defendants have now had their initial appearance and arraignment. Docs. 17; 34; 48; 58; 74; 86; 110; 117. This Order addresses the remaining issues in the government's unopposed motion, specifically, to (1) declare the case complex, (2) extend the deadlines in the standard pretrial order, and (3) specially set the trial. Doc. 53. For the following reasons, the motion is **GRANTED**. If a defendant who has not had an initial appearance objects, that defendant may file an objection within ten (10) days of that initial appearance.

The January 14, 2025 indictment alleges 43 criminal counts, including conspiracy to distribute cocaine and crack cocaine, along with substantive counts of distribution and possession with intent to distribute cocaine and crack cocaine, as well as firearms charges, against twelve defendants. Doc. 1. The government's investigation—

culminating in this case—included numerous controlled purchases of cocaine and crack cocaine, wiretap interceptions, multiple premises searches, and over a dozen firearms seized. Doc. 53 ¶ 2. Accordingly, the discovery in this case is voluminous, with approximately one terabyte of information including documents, photographs, audio and video recordings, and intercepted calls and text messages. The government has processed the discovery and is prepared to produce it to defense counsel upon entry of a protective order and receipt of hard drives. *Id.* ¶ 4. The Court entered a protective order on May 5, 2025. Doc. 95.

The Court finds the case complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), due to the voluminous discovery and nature of the prosecution. Further, pursuant to § 3161(h)(7)(A), the Court finds the trial should be specially set by the Court to allow the parties adequate time to review discovery materials, conduct necessary investigations, and prepare for trial. For the reasons stated, any delay outweighs the best interests of the public and the defendants to a speedy trial. Accordingly, the government's motion (Doc. 53) is **GRANTED**.

The case shall be specially set for trial beginning on March 9, 2026. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

The Court amends and supplements the Standard Pretrial Order as follows:

| Date | |
|---|---|
| 6/24/2025 | The government shall discharge its discovery obligations as set forth in paragraphs 1, 4-10 of the Standard Pretrial Order. |
| 7/22/2025 | Defense discovery, as outlined in paragraph 2 of the Standard Pretrial Order, due. |
| 8/26/2025 | Motions, other than motions in limine, due. |
| 9/16/2025 | Motion responses due. |

| Date | Event |
|---|---|
| 9/30/2025 | • Motion replies due.<br>• Government's expert notices due. |
| 10/21/2025 | Rule 404(b) notices due. |
| 11/11/2025 | Defense expert notices due. |
| 11/20/2025 | Motions hearing and/or status conference. |
| 1/13/2026 | The defendants shall file an announcement regarding their intention to either proceed to trial or enter a change of plea |
| 1/20/2026 | Motions in limine due. |
| 2/10/2026 | • Proposed voir dire questions due **(limited to 20)**. Counsel are reminded that copies of juror questionnaires are available in the Clerk's Office. It is the responsibility of each attorney to review these questionnaires prior to trial. Voir dire questions may not repeat material contained in the questionnaires.<br>• Requests to Charge due.<br>• Proposed verdict form due.<br>• Motion in limine responses due. |
| 2/24/2026 | Voir dire objections due. |
| 3/3/2026 | Final pretrial conference. |
| 3/6/2026 | • Counsel shall email a proposed exhibit list and a proposed witness list to the courtroom deputy with a copy to opposing counsel at Kim_Tavalero@gamd.uscourts.gov no later than **NOON.**<br>• Electronic evidence files should be provided to the courtroom deputy on a thumb drive no later than **the first day of trial.** Please review the Court website page regarding courtroom technology http://www.gamd.uscourts.gov/technology, specifically the instructions concerning the Jury Evidence Recording System (JERS). |
| 3/9/2026 | Trial commences. |

Except as modified in this Order, the standard pre-trial order remains in effect.

**SO ORDERED,** this 2nd day of June, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
