IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA, *

v. *

EDDIE REESE, * Case Number: 5:25-cr-00002-MTT-CHW-1

Defendant. *

# ORDER

Pursuant to an Appearance Bond dated April 18, 2025, Defendant was released on bond following the payment into the registry of the Court of the sum of $2,000. The conditions of the Appearance Bond have now been met, and the Clerk is directed to disburse from the registry of the Court the sum of $ 2,000, plus all accrued interest less any amounts necessary for administrative fees of the Court to: CONITA BUTTS.

**SO ORDERED**, this 9th day of September, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT